UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 22-1110 |
| | : | |
| V. | : | CRIMINAL ACTION |
| | : | |
| | : | ORDER OF RELEASE |
| Omar Sanders | : | |

The Court orders the defendant, __Omar Sanders__, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Other: The defendant is to surrender/not possess any firearms.

/s/ Omar Sanders
DEFENDANT

6/24/22
DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

MATTHEW SKAHILL
U.S. MAGISTRATE JUDGE

6-24-22
DATE